IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 06-cv-02477-RPM-MJW

BADEN SPORTS, INC.,

Plaintiff(s),

v.

KABUSHIKI KAISHA MOLTEN, et al.,

Defendant(s).

MINUTE ORDER

    It is hereby ORDERED that Molten Corporation and Molten U.S.A.'s Counsel's Motion for Discontinue Notice to Submit an Application for Admission in Relation to Case No. 06-CV-02477-RPM-MJW (docket no. 6) is GRANTED.  **The Clerk of Court is directed to remove James E. Armstrong, III and Joseph V. Colaianni, counsel for Molten Corporation and Molten U.S.A. Inc, from the e-notice list for this case**.

Date:  January 22, 2007